**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

LATASHAR SUSANNE REYNOLDS,            :
     Plaintiff,                              :
                                       :
vs.                                   :          **CIVIL ACTION NO. 09-00599-KD-B**
                                       :
**MICHAEL J. ASTRUE, Commissioner**   :
**of Social Security,**                :
     Defendant.                              :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 2, 2010 is hereby **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **17**th day of **December 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**
