# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

LATASHAR SUSANNE REYNOLDS,   )
     Plaintiff,                   )
                                  )
v.                                )        **CIVIL ACTION NO. 09-00599-KD-B**
                                  )
MICHAEL J. ASTRUE,        )
Commissioner of Social Security,   )
     Defendants.            )

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b) and dated January 27, 2011, is **ADOPTED** as the opinion of this Court. The Court hereby **CERTIFIES** that this appeal is not taken in good faith as the Plaintiff has failed to show the existence of non-frivolous issues for appeal. Accordingly, it is hereby **ORDERED** that the Plaintiff's Motion for Leave to Appeal in forma paupers (Doc. 32) is **DENIED.**

     **DONE** and **ORDERED** this the **11th** day of **February 2011.**

                           /s/ Kristi K. DuBose
                           **KRISTI K. DuBOSE**
                           **UNITED STATES DISTRICT JUDGE**